## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **FIDELITY INTERIOR CONSTRUCTION, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V.  ) | **Case No. 1:05-CV-2938-RWS** |
| ) | |
| ) | |
| **SOUTHEASTERN CARPENTERS REGIONAL COUNCIL,** ) | |
| ) | |
| **Defendant** ) | |

## DEFENDANT'S REQUESTED JURY INSTRUCTIONS

COMES NOW Defendant Southeastern Carpenters Regional Council, and pursuant to the Court's Pretrial Order, hereby submits its requested instructions to the jury.

## JURY INSTRUCTION NO. 19

### Definition of Labor Dispute

You have heard testimony about the Council's labor dispute with Fidelity, and its campaign activities directed at third during the course of the campaign, including the use of the term "labor dispute" while conducting bannering and handbilling at locations where Fidelity was not present. In considering this evidence the Court instructs you that the definition of a "labor dispute" under

federal labor law extends beyond the dispute between the Council and a primary target of the Council's campaign such as Plaintiff. The definition of what a "labor dispute" is under federal labor law is extraordinarily broad, and covers more than disputes directly between employees and their employer. A "labor dispute" includes any controversy concerning terms or conditions of employment, or concerning the negotiation, fixing, maintaining, changing or seeking to arrange terms or conditions of employment, such as pay and benefits, regardless of whether or not the parties to the dispute stand in the employer-employee relationship.

29 U.S.C. Sec. 113(c)

<u>Triangle Const. & Maint. Corp. v. Virgin Islands Labor Union</u>, 425 F.3d 938, 945 n. 6 (11th Cir. 2005).

Respectfully submitted,

    _ /s Robert M. Weaver_____
    Robert M. Weaver, Esq.
    Ga. Bar No. 558537

Nakamura, Quinn, Walls,
    Weaver & Davies LLP
mailto:troope@nqwlaw.comSuite 380. 2700 Highway 280 East
Birmingham, AL 35223
205/870-9989
205/803-4143
rweaver@nqwlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing has been served on the following parties by means of the Court's CM/ECF systems this the 5th day of February 2009:

James W. Wimberly, Jr., Esq.
Martin H. Steckel, Esq.
Wimberly, Lawson, Steckel, Weathersby & Schneider, PC
Suite 400, 3400 Peachtree Road, NE
Atlanta, GA 30326mailto:jww@wimlaw.com

                                       ___s/ Robert M. Weaver_____
                                       Robert M. Weaver