IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FIDELITY INTERIOR CONSTRUCTION, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 1:05-CV-2938-RWS |
| ) | |
| **SOUTHEASTERN CARPENTERS REGIONAL COUNCIL,** ) | |
| ) | |
| Defendant ) | |

<u>DEFENDANT'S SOUTHEASTERN CARPENTERS REGIONAL COUNCIL
SUPPLEMENTAL CITATION TO AUTHORITY</u>

Defendant, Southeastern Carpenters Regional Council, respectfully refers the court to the following supplemental citation to authority, "Secondary Boycotts: Understanding NLRB Interpretation of Section 8 (b)(4)(b) of the National Labor Relations Act", Richard A Bock, 7 U. Pa. J. Lab & Emp. L 905 (2005)

Respectfully submitted,

  /s Robert M. Weaver_____
Robert M. Weaver, Esq.
Ga. Bar No. 558537

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on the following parties by means of the Court's CM/ECF systems this the 5th day of February 2009:

James W. Wimberly, Jr., Esq._____
Martin H. Steckel, Esq.
Wimberly, Lawson, Steckel, Weathersby & Schneider, PC
Suite 400, 3400 Peachtree Road, NE
Atlanta, GA 30326mailto:jww@wimlaw.com

                                                ___s/ Robert M. Weaver_____
                                                Robert M. Weaver