IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 1 0 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FIDELITY INTERIOR
CONSTRUCTION, INC. and
FIDELITY INTERIORS, LLC,

      Plaintiffs,

v.

THE SOUTHEASTERN
CARPENTERS REGIONAL
COUNCIL OF THE UNITED
BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA,

      Defendant.

CIVIL ACTION

NO. 1:05-CV-2938-RWS

## VERDICT

**A.**

1. Did Defendant engage in threats or coercion directed at one or more of the secondary employers intending to force Plaintiffs to recognize or bargain with Defendant as the representative of Plaintiffs' employees?

    _____Yes      __X__No

    If you answered No, proceed to question 3. If you answered Yes, proceed to question 2.

2. What amount of damages to Plaintiffs, if any, were proximately caused by Defendant's unlawful activities?

    $_____

   Proceed to Question 3.

**B.**

3. Did Defendant engage in threats or coercion directed at one or more of the secondary employers intending to require or force the secondary employer(s) to cease doing business with Plaintiffs?

   __X__ Yes     ____ No

4. What amount of damages to Plaintiffs, if any, were proximately caused by Defendant's unlawful activities?

   $ __1.7 million__

Date: __2-10-2009__

               __Kenneth Little__
                  Foreperson